UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ELIONE ADDERLY,

    Plaintiff,

v.                                        Case No. 5:18cv220-TKW-MJF

K. JOHNSON and OWENS,

    Defendants.
_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc.41). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation, I find no clear error in the magistrate judge's determination that Plaintiff is not entitled to a judgment by default. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is **ADOPTED** and incorporated by reference in this Order.

2. Plaintiff's motion for judgment by default (Doc. 38) is **DENIED**.

**DONE and ORDERED** this 23rd day of August, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**