UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ELIONE ADDERLY,**

   **Plaintiff,**

**v.**                                      Case No. 5:18cv220-TKW-MJF

**K. JOHNSON** and **OWENS,**

   **Defendants.**

_____/

# O R D E R

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 52). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation, I agree with the magistrate judge's determination that the claims against Defendant Owens are due to be dismissed pursuant to Plaintiff's notice of voluntary dismissal. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's claim against Defendant Owens are **DISMISSED with prejudice** based on Plaintiff's notice of voluntary dismissal (Doc. 50).

3. Defendant's motion to dismiss (Doc. 48) is **DENIED as moot**.

4. The case is remanded to the magistrate judge for further proceedings against Defendant Johnson.

**DONE and ORDERED** this 4th day of November, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**